IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

FLORENDA BROWN,

    Plaintiff,

v.  CASE NO. 1:10-cv-00058-MP-GRJ

MICHAEL J ASTRUE,

    Defendant.

_____/

## O R D E R

This matter is before the Court on Doc. 19, Report and Recommendation of the Magistrate Judge, recommending that the decision of the Commissioner, denying benefits, be affirmed. The time for filing objections has passed, and none have been filed. Upon consideration, the Court agrees that substantial evidence supports the decision of the ALJ to deny benefits. Accordingly, it is hereby

    **ORDERED AND ADJUDGED:**

    1.    The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

    2.    The decision of the Commissioner, denying benefits, is affirmed.

    **DONE AND ORDERED** this *21st* day of October, 2011

                    *s/Maurice M. Paul*
                Maurice M. Paul, Senior District Judge